IN THE UNITED STATES DISTRICT COURT

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FOR THE SOUTHERN DISTRICT OF GEORGIA

JAN 1 3 2025

DUBLIN DIVISION

FILED

| | | |
|---|---|---|
| DESMOND STEGALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-063 |
| | ) | |
| JERMAINE WHITE; TYRONE OLIVER; | ) | |
| ANDREW MCFARLANE; DARRELL | ) | |
| WOOTEN; TONJA KEITH; KATHY HILL; | ) | |
| ANNTOINETTE JOHNSON; and | ) | |
| MRS. WILCOX, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 14.) The objections do not undermine or change the Magistrate Judge's analysis regarding dismissal, but two comments are in order. First, to the extent Plaintiff is having bookkeeping issues with prison officials, (id. at 2, 9), this Court does not control the prison's accounting practices. However, the Court **DIRECTS** the **CLERK** to send a copy of this Order verifying there is only one $350.00 filing fee for this case to Plaintiff's custodian (warden), and the Court is confident the warden will ensure only one such filing fee is deducted from Plaintiff's prison Trust Fund Account. Second, because any potential state law claims are due to be dismissed without prejudice, Plaintiff's requests to amend potential state law claims are moot. (Id. at 8.)

Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a federal claim upon which relief may be granted, **DISMISSES WITHOUT PREJUDICE** any potential state law claims, and **CLOSES** this civil action.

SO ORDERED this _10th_ day of January, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE